IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **METROPOLITAN LIFE INSUREANCE COMPANY,** : | CIVIL ACTION NO. 1:16-CV-1601 |
| : | |
| : | **(Chief Judge Conner)** |
| **Plaintiff** : | |
| : | |
| v. : | |
| : | |
| **DANIELLE WOODYARD,** *et al.*, : | |
| : | |
| **Defendants** : | |

## ORDER

AND NOW, this 1st day of February, 2017, upon consideration of the motion (Doc. 18) of defendants Danielle Woodyard and the Estate of Willard J. Woodyard ("the Estate") for default judgment against codefendant Todd Woodyard, and the court observing that interpleader plaintiff Metropolitan Life Insurance Company ("Metropolitan") commenced the above-captioned action by filing a complaint for interpleader (Doc. 1) on August 2, 2016, averring that Metropolitan cannot ascertain from policy documents and beneficiary designation forms whether the decedent's group universal life policy benefits are payable to Danielle Woodyard or to Todd Woodyard, (see id.), and it appearing that Danielle Woodyard and the Estate waived service of the summons on August 5, 2016, and timely filed answers (Docs. 7-8) to the complaint on August 23, 2016, and that Todd Woodyard likewise waived service on October 11, 2016, rendering his answer due on December 12, 2016, (see Doc. 14), but it further appearing that, as of the date of this order, Todd Woodyard has not pled or otherwise defended himself in this litigation, see FED. R. CIV. P. 12, nor has counsel entered an appearance on his behalf, and that, upon request (Doc. 26) of

Danielle Woodyard and the Estate, the Clerk of Court entered default (Doc. 28) against Todd Woodyard on January 27, 2017, <u>see</u> FED. R. CIV. P. 55(a), it is hereby ORDERED that:

1. On or before **Wednesday, February 15, 2017**, defendant Todd Woodyard shall file a response showing cause why the court should not grant the motion (Doc. 18) for default judgment filed by defendants Danielle Woodyard and the Estate of Willard J. Woodyard.

2. Counsel for Danielle Woodyard and the Estate of Willard J. Woodyard shall serve a copy of this order on Todd Woodyard and file proof of service with the court forthwith.

3. If Todd Woodyard does not respond as ordered in paragraph 1, the court will grant the motion (Doc. 18) for default judgment and enter judgment in favor of Danielle Woodyard and the Estate of Willard J. Woodyard as requested therein in accordance with Federal Rule of Civil Procedure 55.

4. The case management conference scheduled for Tuesday, February 28, 2017 at 10:15 a.m. is adjourned pending disposition of the motion (Doc. 18) for default judgment.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania