IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **METROPOLITAN LIFE INSURANCE COMPANY,** | : | CIVIL ACTION NO. 1:16-CV-1601 |
| | : | |
| | : | (Chief Judge Conner) |
| Plaintiff | : | |
| | : | |
| v. | : | |
| | : | |
| **DANIELLE WOODYARD,** *et al.*, | : | |
| | : | |
| Defendants | : | |

FILED
HARRISBURG, PA
FEB 0 6 2017
PETER WELSH, [signature]
_____, CLERK
Per: _____

## ORDER

AND NOW, this 3rd day of February, 2017, upon consideration of the motion (Doc. 31) by Metropolitan Life Insurance Company ("Metropolitan"), requesting amendment of the court's order (Doc. 29) dated January 30, 2017, wherein the court granted Metropolitan's motion (Doc. 19) for interpleader and entered Metropolitan's proposed order, directing Metropolitan to pay the sum of $57,909.74 ("the Group Universal Life Benefits") into the court's registry, (id. ¶ 1), and awarding $2,500 in attorneys' fees and costs to Metropolitan to be paid from the Group Universal Life Benefits, (id. ¶ 8), and it appearing that Metropolitan requests clarification of the procedure it proposed for remittal of the interpleader funds and the award of fees and costs, it is hereby ORDERED that paragraphs 1 and 8 of the court's order (Doc. 29) dated January 30, 2017, are AMENDED to read as follows:

    1.    Metropolitan shall deposit the sum of $57,909.74 ("the Group Universal Life Benefits"), with interest, less $2,500.00, representing attorneys' fees and costs as awarded in paragraph 8 below. The Clerk of Court shall accept said deposit into the Registry of this Court and then, as soon as the business of his or her office allows, the Clerk of Court shall deposit these funds into the interest-bearing Court Registry Investment System ("C.R.I.S.") administered by the Administrative Office of the United States Courts as Custodian, pursuant to Local Rule of Court 67.1.

. . .

8. Metropolitan shall be awarded a portion of its attorneys' fees and costs incurred in the amount of $2,500.00, which shall be deducted from the Group Universal Life Benefits to be deposited by Metropolitan prior to any deposit with the Clerk of Court.

/s/ Christopher C. Conner
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania